JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COVER DESIGN 26, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAHDOUL TEXTILES, INC., et al., <br><br> Defendants. | CASE NO. CV 13-00331-MWF (AGR) <br><br> **JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to Plaintiff American Cover Design 26, Inc.'s acceptance of Defendant Dahdoul Textiles, Inc.'s offer of judgment under Federal Rule of Civil Procedure 68 (*see* Docket Nos. 21, 22),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be and hereby is entered in favor of Plaintiff American Cover Design 26, Inc. ("American Cover") and against Defendant Dahdoul Textiles, Inc. ("Dahdoul") in the sum of three thousand dollars ($3,000.00), which sum shall include all costs and attorney's fees otherwise recoverable in this action; and,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Dahdoul, its officers, agents, servants and employees, and all those persons acting in concert with it are permanently restrained and enjoined from distributing, selling,

1 displaying, offering for sale, or otherwise using the carpet designs entitled Lodge-
2 370 (U.S. Copyright Registration VA 1-819-540), Lodge-371 (U.S. Copyright
3 Registration VA 1-819-537), and/or Lodge-372 (U.S. Copyright Registration VA 1-
4 819-535).

6 DATED: July 16, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge

2